UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE FERNANDEZ RAMOS PERALTA,

            Plaintiff,

-against-

DANIEL T. McCARTHY, et al.,

            Defendants.

24-CV-4767 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

      By order dated July 2, 2024, the Court directed Plaintiff, within 30 days, to submit a completed prisoner authorization or pay the $405.00 in fees required to file a civil action in this court. That order specified that failure to comply would result in dismissal of this action. Plaintiff has not filed a prisoner authorization or paid the fees.[1] Accordingly, the Court dismisses this action without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

---

[1] On August 21, 2024, Plaintiff submitted a letter to the court in which he indicated that his family will be inquiring with the court about payment of the $405.00 in fees. (ECF 6.) There is no indication, however, of any inquiry with the court or of payment of the fees.

The Clerk of Court is directed to enter judgment dismissing this action.

SO ORDERED.

Dated: September 13, 2024
        New York, New York

                                          /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                          Chief United States District Judge