UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE FERNANDEZ RAMOS PERALTA,

                      Plaintiff,

-against-

DANIEL T. McCARTHY, et al.,

                      Defendants.

24-CV-4767 (LTS)

CIVIL JUDGMENT

    For the reasons stated in the September 13, 2024, order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   September 13, 2024
           New York, New York

                                                  /s/ Laura Taylor Swain
                                                  LAURA TAYLOR SWAIN
                                           Chief United States District Judge